Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

## NOTICE OF APPEARANCE OF COUNSEL or
## RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s) | 12-15498

Case Name: | Enos | v. | Holder

The Clerk will enter my appearance as counsel on behalf of: | Eric H. Holder, Jr., as U.S. Attorney General; Robert S. Mueller, II, as Director of the FBI; United States of America

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee

☒ Appellee  ☐ Respondent  ☐ Intervenor  ☐ Appellee/Cross-Appellant

☐ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format) | /s Michael S. Raab | Date | 03/09/2012

Name | Michael S. Raab

Address | 950 Pennsylvania Ave., N.W., Room 7237

City | Washington | State | DC | Zip Code | 20530

Phone Number (including area code) | (202) 514-4053