## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, a copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system, which shall serve it upon all attorneys of record.

/s/ Michael S. Raab
MICHAEL S. RAAB
Counsel for the Appellees