**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, a copy of the foregoing Mediation questionnaire was served via the Court's electronic case filing system, which shall serve it upon all attorneys of record.

/s Anisha S. Dasgupta
ANISHA S. DASGUPTA
Counsel for the Appellees