UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 12-15498 |
| District Court/Agency Case Number(s): | 2:10-cv-02911-JAM-EFB |
| District Court/Agency Location: | USDC - Eastern District of CA |
| Case Name: | Enos, et al  v.  Holder, et al |
| If District Court, docket entry number(s) of order(s) appealed from: | Dkt #63 and Dkt #24 |
| Name of party/parties submitting this form: | Enos, Bastasini, Mercado, Groves, Monteiro, Erikson & Newman |

Please briefly describe the dispute that gave rise to this lawsuit.

Interpretation of Lautenberg Amendment as it relates to restoration of civil rights under state law.

Briefly describe the result below and the main issues on appeal.

Defendants' Motion to Dismiss was granted and Plaintiffs' Motion for Summary Judgment was mooted. The case will require statutory interpretation and application of constitutional provisions relating to the Second Amendment, Fifth Amendment and 10th Amendment.

Describe any proceedings remaining below or any related proceedings in other tribunals.

None.

Provide any other thoughts you would like to bring to the attention of the mediator.

The case is probably not appropriate for mediation as it requires judicial interpretation of statutory law and the Constitution.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: /s/ Donald Kilmer

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Plaintiff/Appellants

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# CURRENT SERVICE LIST

*Counsel for Plaintiff/Appellants:*

Donald Kilmer
Law Offices of Donald Kilmer, APC
1645 Willow Street, Suite 150
San Jose, CA 95125
Tel: (408) 264-8489
Fax: (408) 264-8487
Don@DKLawOffice.com

*Counsel for Defendant/Appellees:*

Michael S. Raab
Anisha S. Dasgupta
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave, N.W., Room 7533
Washington, D.C., 20530
Tel: (202) 514-4053
Fax: (202) 514-9405
michael.raab@usdoj.gov
anisha.dasgupta@usdoj.gov

9th Circuit Case Number(s) | 12-15498

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) Mar 12, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Donald Kilmer

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____ .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)