UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD ENOS; et al.,

        Plaintiffs - Appellants,

v.

ERIC H. HOLDER, Jr., Attorney General, US Attorney General; et al.,

        Defendants - Appellees.

No. 12-15498

D.C. No. 2:10-cv-02911-JAM-EFB
U.S. District Court for Eastern California, Sacramento

ORDER

Appellants' unopposed motion for a extension of time to file the opening brief is granted. The opening brief is due July 9, 2012; the answering brief is due August 8, 2012; and the optional reply brief is due within 14 days after service of the answering brief.

Appellants are reminded that a motion for an extension of time should be accompanied by a declaration stating that the court reporter is not in default with regard to any designated transcripts. *See* 9th Cir. R. 31-2.2(b)(7).

                              FOR THE COURT:

                              Molly C. Dwyer
                              Clerk of Court

                              Lorela Bragado Sevillena
                              Deputy Clerk