No. 12-15498    [Dist Ct. No.: 2:10-CV-02911-JAM-EFB]

IN THE
UNITED STATES COURT OF APPEAL
FOR THE NINTH CIRCUIT

RICHARDS ENOS; et al.,
*Plaintiffs - Appellants*,

vs.

ERIC HOLDER; et al.,
*Defendants - Appellees*.

APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE OF
EXCERPT OF RECORD**

Donald E. J. Kilmer, Jr.
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Vc: 408/264-8489    Fx: 408/264-8487
E-Mail: Don@DKLawOffice.com

*Counsel for Plaintiff - Appellants*

# CERTIFICATE OF SERVICE

On July 9, 2012, I served Appellants':

**1. EXCERPT OF RECORD**

by dispatching a true and correct copie via Federal Express to the Appellees' attorneys of record addressed as:

> Michael S. Raab
> Anisha S. Dasgupta
> Civil Division, Appellate Staff
> U.S. Department of Justice
> 950 Pennsylvania Ave, N.W., Room 7533
> Washington, D.C., 20530

I declare under penalty of perjury that the foregoing is true and correct and that his declaration was made on July 9, 2012 in San Jose, CA.

> /s/ Donald Kilmer
> Attorney for Appellants