UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD ENOS; et al.,

        Plaintiffs - Appellants,

v.

ERIC H. HOLDER, Jr., Attorney General, US Attorney General; et al.,

        Defendants - Appellees.

No. 12-15498

D.C. No. 2:10-cv-02911-JAM-EFB
U.S. District Court for Eastern California, Sacramento

**ORDER**

The opening brief submitted on July 9, 2012 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Regine Ho
        Deputy Clerk