UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD ENOS; et al.,

        Plaintiffs - Appellants,

v.

ERIC H. HOLDER, Jr., Attorney General, US Attorney General; et al.,

        Defendants - Appellees.

No. 12-15498

D.C. No. 2:10-cv-02911-JAM-EFB
U.S. District Court for Eastern California, Sacramento

ORDER

    Appellees' unopposed motion for an extension of time to file the answering brief is granted. The answering brief is due September 7, 2012.

    The optional reply brief is due within 14 days after service of the answering brief.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lorela Bragado Sevillena
Deputy Clerk

        Ninth Circuit Rules 27-7
        and 27-10