UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD ENOS; et al.,

               Plaintiffs - Appellants,

  v.

ERIC H. HOLDER, Jr., Attorney
General, US Attorney General; et al.,

               Defendants - Appellees.

No. 12-15498

D.C. No. 2:10-cv-02911-JAM-EFB
U.S. District Court for Eastern
California, Sacramento

**ORDER**

The answering brief submitted on September 7, 2012 is filed.

Within 7 days of this order, appellees are ordered to file 7 copies of the brief

in paper format, with a red cover, accompanied by certification (attached to the end

of each copy of the brief) that the brief is identical to the version submitted

electronically. A sample certificate is available on the Court's website,

www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created

from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For

regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-

1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk