UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD ENOS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, US Attorney General; et al., <br><br> Defendants - Appellees. | No. 12-15498 <br><br> D.C. No. 2:10-cv-02911-JAM-EFB <br> U.S. District Court for Eastern California, Sacramento <br><br> **ORDER** |

The reply brief submitted on September 21, 2012 is filed.

Within 7 days of this order, appellants are ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Regine Ho
Deputy Clerk